### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID GUY OVERSTREET on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERMIAN RESOURCES CORP. F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 1:24-cv-00583 |

### Notice of Good Standing for Admission *Pro Hac Vice*

Daniel H. Charest and Christopher A. Dodd hereby certify that Mr. Charest is an attorney in good standing in the following bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Texas | 05/04/2007 | 24057803 |
| All Courts in the State of Virginia (associate status) | 10/15/2004 | 68026 |
| Courts of the District of Columbia | 06/06/2005 | 492903 |
| Courts of the US Virgin Islands | 05/10/2016 | R2020 |
| All Courts in the State of Maine | 07/17/2023 | 010507 |
| United States District Court for the Northern District of Texas | 12/14/2006 | |
| United States District Court for the Eastern District of Texas | 04/15/2008 | |
| United States District Court for the Western District of Texas | 06/09/2008 | |
| United States District Court for the Southern District of Texas | 09/05/2008 | |
| United States District Court for the Eastern District of Virginia | 04/08/2005 | |

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States District Court for the Western District of Virginia | 03/07/2006 | |
| United States District Court for the District of Columbia | 03/02/2020 | |
| United States District Court for the District of the US Virgin Islands | 05/26/2021 | |
| United States District Court for the District of Colorado | 05/22/2018 | |
| United States Court of Federal Claims | 11/29/2017 | |
| United States Court of Appeals for the 3rd Circuit | 02/25/2010 | |
| United States Court of Appeals for the 4th Circuit | 02/22/2006 | |
| United States Court of Appeals for the 5th Circuit | 02/15/2006 | |
| United States Court of Appeals for the 9th Circuit | 07/19/2017 | |
| United States Court of Appeals for the 10th Circuit | 07/19/2017 | |
| United States Court of Appeals for the Federal Circuit | 01/19/2023 | |
| United States Supreme Court | 09/04/2009 | |

Mr. Charest is in good standing in the courts to which he is admitted. He has never been convicted of a felony. He has never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: June 9, 2024

*/s/ Daniel H. Charest*
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
dcharest@burnscharest.com


Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Ave. NW, Suite 1330
Albuquerque, NM 87102
chris@doddnm.com
505.475.2742

***Attorneys for Plaintiff and Proposed Class***