Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

Warren T. Burns (*pro hac vice*)
Daniel H. Charest (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone.: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

Korey Nelson (*pro hac vice*)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-7845
knelson@burnscharest.com

*(Additional counsel on signature page.)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID GUY OVERSTREET on behalf of himself and all others similarly situated;<br><br>      Plaintiff,<br><br>      vs.<br><br>PERMIAN RESOURCES CORP. F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY;<br><br>      Defendants. | Case No. 1:24-cv-00583-MIS-SCY<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT FOLLOWING JPML'S TRANSFER ORDER** |

Per the Court's Order (Dkt. No. 34), David Guy Overstreet and Permian Resources Corp. f/k/a Centennial Resource Development, Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, and Pioneer Natural Resources Company (collectively, the "Parties") hereby file this Joint Status Report regarding the decision of the Judicial Panel on Multidistrict Litigation (the "Panel") on Motion to Transfer (Dkt. No. 1) in case *In re: Shale Oil Antitrust Litigation*, MDL No. 3119.

On July 25, 2024, the Panel held a hearing on the Motion to Transfer to determine whether 16 related actions, including the above-captioned action, should be centralized in one judicial district under 28 U.S.C. § 1407. On August 1, 2024, the Panel entered an order transferring certain of the related actions to the United States District Court for the District of New Mexico for coordinated or consolidated pretrial proceedings before Judge Matthew L. Garcia.[1] MDL No. 3119, Dkt. No. 89, Ex. A. The Panel identified the present action pending in this Court as a potential tag-along action. *Id*. On August 2, 2024, the Acting Clerk of the Panel issued a Conditional Transfer Order that conditionally transferred certain other actions to the MDL.[2] MDL No. 3119, Dkt. No. 90, Ex. B.

---

[1] *Rosenbaum, et al. v. Permian Resources Corp., et al.*, No. 2:24-cv-00103 (D. Nev.); *Mellor v. Permian Resources Corp., et al.*, No. 2:24-cv-00253 (D. Nev.); *MacDowell, et al. v. Permian Resources Corp., et al.*, No. 2:24-cv-00325 (D. Nev.); *Foos, et al. v. Permian Resources Corp., et al.*, No. 1:24-cv-00361 (D.N.M.); and *Brown, et al. v Permian Resources Corp., et al.*, No. 1:24-cv-00430 (D.N.M.).

[2] *Carignan v. Permian Resources Corp et al.*, No. 2:24-cv-00218 (D. Me.); *Andrew Caplen Installations LLC et al v. Permian Resources Corp. et al.*, No. 2:24-cv-00150 (D. Nev.); *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164 (D. Nev.); *Courtmanche et al v Permian Resources Corp. et al.*, No. 2:24-cv-00198 (D. Nev.); *Olsen Santillo v. Permian Resources Corp. et al.*, No. 2:24-cv-00279 (D. Nev.); *Beaumont v. Permian Resources Corp. et al.*, No. 2:24-cv-00298 (D. Nev.); *Western Cab Company v. Permian Resources Corp. et al.*, No. 2:24-cv-00401 (D. Nev.); and *Short v. Permian Resources Corp. et al.*, No. 1:24-cv-04506 (S.D.N.Y.).

1    Of the potential tag-along actions that the JPML identified in its Transfer Order (Dkt. No.

2  89), three actions, including the *Overstreet* action pending before this Court, have not yet been

3  explicitly transferred.[3]

4

5  Dated: August 9, 2024                    Respectfully submitted,

6  By:___/s/ Benjamin F. Feuchter_____      By:___/s/ Warren T. Burns___
7  Benjamin F. Feuchter                       Warren T. Burns *(pro hac vice)*
   Thomas C. Bird                             Daniel H. Charest *(pro hac vice)*
8  JENNINGS HAUG KELEHER MCLEOD               BURNS CHAREST LLP
   WATERFALL LLP                              900 Jackson Street, Suite 500
9  201 Third Street NW, Suite 1200            Dallas, TX 75202
10 Albuquerque, New Mexico 87102              Telephone.: (469) 904-4550
   (505) 346-4646                             wburns@burnscharest.com
11 bf@jkwlawyers.com                          dcharest@burnscharest.com
   tcb@jkwlawyers.com
12                                            Korey Nelson *(pro hac vice)*
13 John M. Taladay *(pro hac vice forthcoming)* BURNS CHAREST LLP
   Christopher Wilson *(pro hac vice*         365 Canal Street, Suite 1170
14 *forthcoming)*                             New Orleans, Louisiana 70130
   Kelsey Paine *(pro hac vice forthcoming)*  Telephone: (504) 799-7845
15 Megan Tankel *(pro hac vice forthcoming)*  knelson@burnscharest.com
   BAKER BOTTS L.L.P.
16 700 K Street N.W.                          Christopher A. Dodd
17 Washington, D.C. 20001-5692                DODD LAW OFFICE, LLC
   Telephone:  (202) 639-7909                 500 Marquette Avenue NW, Suite 1330
18 john.taladay@bakerbotts.com                Albuquerque, New Mexico 87102
   christopher.wilson@bakerbotts.com          Tel: (505) 475-2932
19 kelsey.paine@bakerbotts.com                chris@doddnm.com
   megan.tankel@bakerbotts.com
20
21 *Attorneys for Defendant*                   Rex A. Sharp *(to be admitted pro hac vice)*
   *EOG RESOURCES, INC.*                       Isaac L. Diel *(to be admitted pro hac vice)*
22                                            W. Greg Wright *(to be admitted pro hac vice)*
   By:___/s/ Eric R. Burris___               Brandon C. Landt *(to be admitted pro hac*
23 Eric R. Burris                             *vice)*
   Debashree Nandy                            Hammons P. Hepner *(to be admitted pro hac*
24 201 Third Street NW Suite 1800             *vice)*
   Albuquerque, New Mexico 87102-4386
25
26 [3] The other two actions yet awaiting the transfer are *Blackburn Strupp et al. v. Permian Resources Corp. et al.*, No. 1:24-cv-00605 (D.N.M.) and *Castillo Construction and Management, LLC et al. v. Permian Resources Corp. et al.*, No. 1:24-cv-00563 (D.N.M.).
27
28

| | |
|---|---|
| 1 | Telephone: (505) 724-9563 |
| | eburris@bhfs.com |
| 2 | rnandy@bhfs.com |
| 3 | Samuel G. Liversidge (*pro hac vice* |
| | *forthcoming*) |
| 4 | Jay P. Srinivasan (*pro hac vice forthcoming*) |
| | S. Christopher Whittaker (*pro hac vice* |
| 5 | *forthcoming*) |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197 |
| | Telephone: (213) 229-7000 |
| 8 | Facsimile: (213) 229-7520 |
| | sliversidge@gibsondunn.com |
| 9 | jsrinivasan@gibsondunn.com |
| | cwhittaker@gibsondunn.com |
| 10 | |
| 11 | Boris Bershteyn (*pro hac vice forthcoming*) |
| | Karen Hoffman Lent (*pro hac vice* |
| 12 | *forthcoming*) |
| | SKADDEN, ARPS, SLATE, MEAGHER & |
| 13 | FLOM LLP |
| | One Manhattan West |
| 14 | New York, NY 10001-8602 |
| | Telephone: (212) 735.3000 |
| 15 | Facsimile: (917) 777-2000 |
| 16 | |
| | *Attorneys for Defendant* |
| 17 | *PIONEER NATURAL RESOURCES* |
| | *COMPANY* |
| 18 | |
| 19 | By: ___/s/ Benjamin Allison___ |
| | Benjamin Allison |
| 20 | Billy Trabaudo |
| | BARDACKE ALLISON MILLER LLP |
| 21 | P.O. Box 1808 |
| | 141 E. Palace Avenue |
| 22 | Santa Fe, NM 87501 |
| | Telephone: (505) 995-8000 |
| 23 | ben@bardackeallison.com |
| | billy@bardackeallison.com |
| 24 | |
| 25 | Jeffrey L. Kessler (*pro hac vice forthcoming*) |
| | Jeffrey J. Amato (*pro hac vice forthcoming*) |
| 26 | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| 27 | |
| 28 | |

SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

Steven N. Williams (*to be admitted pro hac vice*)
Kai'Ree K. Howard (*to be admitted pro hac vice*)
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Charles D. Gabriel (*to be admitted pro hac vice*)
CHALMERS, ADAMS, BACKER & KAUFMAN, PLLC
13200 Strickland Road, Suite 114-177
Raleigh, North Carolina 27613
Telephone: (404) 493-1843
cdgabriel@chalmersadams.com

*Attorneys for Plaintiff and Proposed Class*

New York, New York 10166
Telephone:  (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer (*pro hac vice forthcoming*)
Thomas B. Walsh, IV (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone:  (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

By:___*/s/ Marguerite M. Sullivan*___
Marguerite M. Sullivan (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
*CHESAPEAKE ENERGY CORPORATION*

By:___*/s/ Kevin S. Schwartz*___
Kevin S. Schwartz (*pro hac vice forthcoming*)
David A. Papirnik (*pro hac vice forthcoming*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1062

4
Joint Status Report Following JPML's Transfer Order
Case No. 1:24-cv-00583-MIS-SCY

kschwartz@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*

By:____*/s/ Eric E. DeBrine, Jr.*_____
Earl E. DeBrine, Jr.
MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
edebrine@modrall.com
Telephone:  (505) 848-1800

Devora W. Allon (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
devora.allon@kirkland.com
Telephone:  212-446-5967
Facsimile:  212-446-4900

Jeffrey J. Zeiger (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
jzeiger@kirkland.com
Telephone:  312-862-3237
Facsimile:  312-862-2200

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM*
*CORPORATION*

By:____*/s/ Robert J. Sutphin*___
Robert J. Sutphin
HOLLAND & HART LLP
110 N. Guadalupe Street, Suite 1
Santa Fe, NM 87501
Telephone:  (505) 988-4421
rsutphin@hollandhart.com

Christopher E. Ondeck (*pro hac vice forthcoming*)
Stephen R. Chuk (*pro hac vice forthcoming*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW

Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza (*pro hac vice forthcoming*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

Michael Burrage (*pro hac vice forthcoming*)
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Telephone: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*

By: ___ */s/ Michael W. Scarborough* ___
Michael W. Scarborough (*pro hac vice forthcoming*)
Dylan I. Ballard (*pro hac vice forthcoming*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
Facsimile: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald (*pro hac vice forthcoming*)
Stephen M. Medlock (*pro hac vice forthcoming*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*

6
Joint Status Report Following JPML's Transfer Order
Case No. 1:24-cv-00583-MIS-SCY

1

*PERMIAN RESOURCES CORPORATION*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report Following JPML's Transfer Order
Case No. 1:24-cv-00583-MIS-SCY

## **CERFICATE OF SERVICE**

       I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Warren T. Burns*

Warren T. Burns